JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brigitte Stelzer,<br><br>Plaintiff,<br><br>v.<br><br>Radio Korea USA, Inc,<br><br>Defendant. | Case No. 2:21-cv-04099-PA-AFM<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

    Having read and considered the Stipulated Notice of Voluntary Dismissal, filed by Plaintiff Brigitte Stelzer and Defendant Radio Korea USA, Inc, IT IS HEREBY ORDERED THAT, this action is DISMISSED WITH PREJUDICE in its entirety, with each party bearing his or its own costs, expenses and attorney's fees incurred in the prosecution or defense of their respective claims and defenses.

IT IS SO ORDERED.

DATED: January 24, 2022

                                              Percy Anderson
                                     United States District Judge